AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y

FILED

MAR 2 6 2026

AT_____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No.   8:26-MJ-62 (GLF) |
| Igor VIEIRA-BASTOS, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of March 22, 2026, in the county of Clinton in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | The Defendant, knowingly and in reckless disregard of the fact that aliens have come to, entered, or remained in the United States in violation of law, did transport, move and attempt to transport and move, such aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*Dylan J. Thomas*  03/23/2026
Complainant's signature

U.S. Border Patrol Agent Dylan J. Thomas
Printed name and title

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: *March 26, 2026*

*Gary L. Favro*
Judge's signature

City and State:   Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
Printed name and title

*Continuation Sheet, United States v.* Igor VIEIRA-BASTOS.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dylan J. Thomas, hereby depose and state under penalty of perjury:

1.      I am a Border Patrol Agent (BPA) with the United States Department of Homeland Security (DHS), Bureau of Customs and Border Protection (CBP), United States Border Patrol (USBP) assigned to the Burke Border Patrol Station. I have been a Border Patrol Agent since August 2017. My primary duty is to assist in the prevention of illicit trafficking of people and contraband between the official ports of entry. My authority to perform this mission is articulated in the Immigration and Nationality Act, sections 235 and 287, and Title 8 U.S.C. Section 1357. These bodies of law relate to, among other things, a Border Patrol Agents authority to interrogate any alien or person believed to be an alien, and to make an arrest of any alien who is entering or attempting to enter the United States in violation of the immigration laws. To enforce these laws, I have received training at the Federal Law Enforcement Training Center in Artesia, New Mexico in Law, Operations, Firearms, Driving Techniques, and Physical Techniques. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2.      I submit this affidavit in support of a criminal complaint charging defendant Igor VIEIRA-BASTOS with violating 8 U.S.C. § 1324(a)(1)(A)(ii), transporting aliens.

### Probable Cause

On March 22, 2026, at approximately 08:50 A.M., Swanton Sector Radio (KAD-640) advised Burke Border Patrol Agents of two subjects running southbound from the Canada toward the dead end of Earlville Road in Chateaugay, New York. KAD-640 relayed this information to agents via service radio while monitoring a live feed stationary camera positioned near the United States/Canadian border.

3.      KAD-640 continued to advise agents of this ongoing activity; the two subjects then entered a dark in color BMW sedan that was observed to have a Massachusetts license plate. KAD-640 also advised that the

*Continuation Sheet, United States v.* **Igor VIEIRA-BASTOS.**

Royal Canadian Mounted Police (RCMP) observed the same subjects as they made their way southbound across the international border into the United States.

4.      Agents responding from Churubusco, New York encountered the black BMW sedan bearing Massachusetts registration 6DCC13 driving southbound on Lost Nations Road towards US-11. Lost Nations Road is often utilized by smugglers due to its proximity to the border, remoteness, and easy access to main routes of egress. It is unusual to encounter out-of-state vehicles on Lost Nation Road; it is a very remote area with very few houses. In addition, the vehicle observed matched the description put out by KAD-640. Agents initiated a vehicle stop to perform an immigration inspection near the intersection of Lost Nations Road and US-11. As the vehicle yielded, agents were able to observe there were four occupants in the vehicle.

5.      Agents approached the vehicle, identified themselves as United States Border Patrol agents and began to question the subjects. The driver, later identified as Igor VIEIRA-BASTOS, already had his ID and a registration in his hand to provide. VIEIRA-BASTOS appeared to be nervous and very hesitant to speak. While questioning VIERIA-BASTOS, agents observed the male subject in back passenger seat of the vehicle to be wearing a jacket that was described via service radio by KAD-640 as they were observed crossing the border.

6.      At this time, all occupants of the vehicle were questioned as to their citizenship. All four subjects claimed to be citizens and nationals of Brazil. Agents then asked if any of the four subjects had immigration documents to be in, pass through or remain within the United States legally. The two back seat passengers claimed that they did not have any legal documentation. The driver and front seat passenger claimed that their immigration status was pending. Due to the lack of legal documentation or proof of citizenship, all subjects were detained and transported back to the Burke Border Patrol Station for further record checks.

7.      At the station, biographical information and fingerprints were entered into Department of Homeland Security databases for all four subjects. Record checks confirmed information previously gathered roadside. Both back seat passengers were found to be illegally present in the United States. Records checks verified that

*Continuation Sheet, United States v.* **Igor VIEIRA-BASTOS.**

VIEIRA-BASTOS does not have legal status or documentation to be in pass through or remain within the United States. VIEIRA-BASTOS was awaiting an immigration judge decision from his 2023 entry into the United States as an NTA/OR (Parole) but he voluntarily left the United States before his hearing.

8.    After further record checks and investigations on the vehicle, it appears that the MA license plate on the BMW sedan is registered to the driver, VIEIRA-BASTOS, but belongs to a 2010 Chrysler Van.

## Conclusion

9.   Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendant with transporting aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

*Dylan J. Thomas*
Dylan J. Thomas
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1
of the Federal Rules of Criminal Procedure.

Date:   *March 26, 2026*

Hon. Gary L. Favro
United States Magistrate Judge